THE AMERICAN PIN COMPANY, complainant-appellant,*

*v.*

ALFRED A. WRIGHT et al., defendants-respondents.

[Decided March 4th, 1901.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Pitney, whose opinion is reported in *60 N. J. Eq. 147.*

*Mr. Frank E. Bradner,* for the appellant.

*Mr. Edwin B. Goodell* and *Mr. Frank P. McDermott,* for the respondents.

NOTE.—This opinion was inadvertently omitted from the list of opinions for the November term, 1900, contained in volume *62 N. J. Eq.*—REP.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Pitney.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, COLLINS, FORT, GARRETSON, HENDRICKSON, BOGERT, KRUEGER, ADAMS, VREDENBURGH, VOORHEES—12.

*For reversal*—None.